JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALLACE, | Case No. EDCV 09-0547-GAF (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 26, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6